UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Petitioner, | : |
| v. | : Misc. Civil No. |
| BARRY NUZZO, | : |
| | : May 5, 2011 |
| Respondent. | : |

PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, by the undersigned Assistant United States Attorney, avers to this Court as follows:

I.

This is a proceeding brought pursuant to the provisions of sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, and 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce an Internal Revenue Service summons.

II.

John David Parducci is a duly commissioned Revenue Officer employed in the Office of the Area Director, Small Business/Self-Employed Compliance Division, Internal Revenue Service, 150 Court Street, Fifth Floor, New Haven, Connecticut, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602, and Treas. Reg. § 301.7602-1, 26 C.F.R. § 301.7602-1.

III.

The respondent, Barry Nuzzo, resides or is found at 57 Scotland Avenue, Madison, Connecticut, which is within the jurisdiction of this Court.

IV.

The Internal Revenue Service is conducting an investigation into the tax liability of Barry Nuzzo for the periods ending December 31, 2007, December 31, 2008, and December 31, 2009 (Form 1040), as set forth in the Declaration of Revenue Officer John David Parducci ("Parducci Declaration"), attached hereto as Exhibit A.

V.

The respondent, Barry Nuzzo, is in possession and control of testimony, books, records, papers, and other data which are relevant to the above-described investigation.

VI.

On December 16, 2010, an Internal Revenue Service summons was issued by Revenue Officer John David Parducci directing the respondent, Barry Nuzzo, to appear before Revenue Officer John David Parducci on January 18, 2011, at 10:00 a.m., at the office of the Internal Revenue Service, 150 Court Street, Fifth Floor, New Haven, Connecticut, to testify and to produce the books, records, and other documents demanded in the summons. On December 16, 2010, Revenue Officer John David Parducci personally served an attested copy of the summons upon Barry Nuzzo by handing an attested copy of the summons to him. The original summons is attached hereto and incorporated herein by reference as Exhibit B.

VII.

On January 18, 2011, the respondent, Barry Nuzzo failed to appear. The respondent's refusal to comply with the summons continues to date as is set forth in the Parducci Declaration.

VIII.

The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

IX.

All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

X.

It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to properly investigate the federal tax liability of Barry Nuzzo for the periods ending December 31, 2007, December 31, 2008, and December 31, 2009 (Form 1040), as set forth in the Parducci Declaration.

WHEREFORE, the petitioner respectfully requests:

1.  That this Court enter an order directing the respondent, Barry Nuzzo, to show cause, if any, why he should not comply with and obey the aforementioned summons and each and every requirement thereof;

2.  That this Court enter an order directing the respondent, Barry Nuzzo, to obey the summons and each and every requirement thereof by order the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer John David Parducci, or any other proper officer or

employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Officer John David Parducci, or any other proper officer or employee of the Internal Revenue Service;

4. That the United States recover its costs of maintaining this action; and

5. That this Court grant such other and further relief as is just and proper.

Respectfully submitted,

DAVID B. FEIN
UNITED STATES ATTORNEY

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5373
EMAIL: Julie.Turbert@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br><br>V.<br><br>BARRY NUZZO,<br>Respondent. | )<br>)<br>)<br>)  CIVIL ACTION No. Misc.<br>)<br>)<br>)<br>) |

## DECLARATION OF REVENUE OFFICER

I, John David Parducci, declare:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 150 Court Street, Fifth Floor, New Haven, CT 06510. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2. In my capacity as a Revenue Officer, I am conducting an investigation to determine the tax liability of Barry Nuzzo for the period(s) ending December 31, 2007, December 31, 2008 and December 31, 2009.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on December 16, 2010, an administrative summons to Barry Nuzzo to give testimony and to produce documents as described in same summons. The summons is attached to the petition as Exhibit B.

4. In accordance with 26 U.S.C. § 7603, on December 16, 2010, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, Barry Nuzzo by handing an attested copy of the summons to the person to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

5. On January 18, 2011, Barry Nuzzo failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6. The books, papers, records or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the federal tax liability of Barry



GOVERNMENT EXHIBIT A

Nuzzo for the period(s) ending December 31, 2007, December 31, 2008 and December 31, 2009.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __2nd__ day of __March__, 201_1_.

John David Parducci
Revenue Officer 0604024



# Summons

## Income Tax Return

**In the matter of** BARRY NUZZO, 57 SCOTLAND AVE, MADISON, CT 06443
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 1 (21)
**Periods:** Form 944 for the calendar periods ending December 31, 2008 and December 31, 2009

**The Commissioner of Internal Revenue**

**To:** BARRY NUZZO
**At:** 57 SCOTLAND AVE, MADISON, CT 06443

You are hereby summoned and required to appear before **JOHN DAVID PARDUCCI**, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: **2007, 2008 and 2009**

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: **2007, 2008 and 2009**

We have attached a blank return to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

150 COURT STREET, 5TH FLOOR, NEW HAVEN  CT  06510-2022  (203) 781-3168

Place and time for appearance: At  150 COURT STREET, 5TH FLOOR, NEW HAVEN, CT 06510-2022

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6638 (Rev.10-2006)
Catalog Number 61828W

on the  18th  day of  January , 2011  at  10:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  16th  day of  December       , 2010

JOHN DAVID PARDUCCI                    REVENUE OFFICER
Signature of issuing officer                Title

                                         Revenue Officer
Signature of approving officer *(if applicable)*    Title

GOVERNMENT EXHIBIT B

**Original** -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 12/16/10

Time: 3:00

**How Summons Was Served**

☒ I handed an attested copy of the summons to the person to whom it was directed.
Barry Nuzzo
57 Scotland Ave, Madison, CT 06443

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

Signature: [signed]

Title: Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: [signed]

Title: Revenue Officer

Catalog No. 61828W

Form **6638** (Rev. 10-2006)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Petitioner,<br><br>v.<br><br>BARRY NUZZO,<br><br>             Respondent. | :<br>:<br>:<br>:<br>:  Misc. Civil No.<br>:<br>:<br>:<br>: |

ORDER TO SHOW CAUSE

Upon the petition of the United States of America, and the declaration and summons attached thereto, it is hereby

ORDERED that the respondent, Barry Nuzzo, appear before the United States District Court for the District of Connecticut presided over by the undersigned, on the _____ day of _____, 2011, at _____ ___.m., at United States District Court, _____, _____, Connecticut, to show cause why he should not be compelled to obey the Internal Revenue Service summons served upon him.  It is further

ORDERED that a copy of this Order, together with the petition and the exhibits attached thereto, including the declaration, be served upon Barry Nuzzo on or before _____, 2011, and that in accordance with the provisions of Rule 4(c)(2) of the Federal Rules of Civil Procedure, such service may be effected by any Revenue Agent or Revenue Officer of the Internal Revenue Service.  It is further

ORDERED that within _____ days of service of a copy of this Order and petition, exhibits and declaration upon him, the respondent shall file and serve a written response to the petition supported by appropriate affidavit, as well as any motions the respondent desires to make. All motions and issues raised by the respondent will be considered upon the return of the Order. Only those issues raised by motion or brought into controversy by the responsive pleading and supported by affidavit will be considered at the return of this Order and any uncontested allegations in the petition will be considered as admitted. It is further

ORDERED that if the respondent, Barry Nuzzo, has no objections to compliance with the summons issued to him, he may, at least three (3) business days prior to the hearing scheduled above, notify the clerk of this court, in writing, with a copy to the United States Attorney for the District of Connecticut, of that fact and he will not be required to appear as ordered above.

Dated at _____, Connecticut, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE

2