UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Petitioner, | : |
| v. | : Misc. Civil No. 3:11CV995 (MRK)(WIG) |
| BARRY NUZZO, | : September 30, 2011 |
| Respondent. | : |

## MOTION TO DISMISS

On June 22, 2011, the Court issued an Enforcement Order and Judgment directing the respondent, Barry Nuzzo, to appear before the Internal Revenue Service on July 6, 2011 to comply with the IRS summons served upon him. On July 6, 2011, the respondent, Barry Nuzzo, complied with summons for the tax periods ending December 31, 2007 and December 31, 2008, but not for the period ending December 31, 2009. On September 1, 2011, the Court issued an Order to Show Cause why the respondent should not be held in contempt for failure to fully comply with the June 22, 2011 Enforcement Order and Judgment and scheduled a hearing for October 4, 2011.

The petitioner, United States of America, hereby represents to the Court that the Internal Revenue Service has informed the undersigned Assistant United States Attorney that the respondent, Barry Nuzzo, has complied with the last remaining tax period sought by the Internal Revenue Service income tax return summons for the period ending December 31, 2009.

Accordingly, there is no longer a need to seek enforcement from the Court and the case may be dismissed.

        Respectfully submitted,

        DAVID B. FEIN
        UNITED STATES ATTORNEY

        */s/ Julie G. Turbert*
        JULIE G. TURBERT
        ASSISTANT U.S. ATTORNEY
        ATTORNEY BAR # ct023398
        157 CHURCH STREET
        NEW HAVEN, CT 06510
        TELEPHONE: (203) 821-3700
        FAX: (203) 773-5373
        EMAIL: Julie.Turbert@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion to Dismiss has been mailed, postage prepaid, this 30th day of September, 2011, to:

Barry Nuzzo
57 Scotland Avenue
Madison, CT 06443

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct023398
157 CHURCH STREET
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5373
EMAIL: Julie.Turbert@usdoj.gov